FILED
October 5, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> Michael Lee Braun, ) <br> ) <br> _____ ) <br> Defendant. | Case No. 2:06-mj-264 GGH <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release Michael Lee Braun  Case 2:06-mj-264 GGH from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of _____

    _X_ $400,000 unsecured bond to be secured within 7 days

    __ Appearance Bond with 10% Deposit

    __ Appearance Bond secured by Real Property

    __ Corporate Surety Bail Bond

    _X_ (Other) PTS conditions/supervision

Issued at  Sacramento, CA  on 10/5/06  at 2:25 p.m.

By _____
Kimberly J. Mueller
United States Magistrate Judge